IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:24-cv-00221-TDS-LPA

| | |
|---|---|
| CRAIG CUNNINGHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALLACE & GRAHAM, P.A., MONA )<br>LISA WALLACE, BILL GRAHAM, )<br>WHITNEY WALLACE WILLIAMS, )<br>MARK P. DOBY, RHINE LAW FIRM, )<br>P.C., JOEL R. RHINE, SOKOLOVE )<br>LAW, LLC, and RICKY A. LEBLANC, )<br>)<br>Defendants. ) | **ORDER** |

This matter comes before the Court on the motion filed by the Defendants, Wallace & Graham, P.A., Mona Lisa Wallace, Bill Graham, Whitney Wallace Williams, Mark P. Doby, Rhine Law Firm, P.C., Joel R. Rhine, Sokolove Law, LLC, and Ricky A. LeBlanc, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and requesting an extension of time through and including April 29, 2024 to respond to the complaint, and the Court finding that good cause has been shown, the Court hereby orders that Defendants shall have through and including April 29, 2024 to respond to the Complaint.

Dated: _____

_____
United States District Court Judge