IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
SALISBURY DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>    *Plaintiff*,<br><br>v.<br><br>WALLACE & GRAHAM, P.C, MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC, AND RICKY A. LEBLANC,<br><br>    *Defendants*. | Case No. 1:24-CV-00221 |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

NOW COME Defendants Wallace & Graham, P.C., Mona Lisa Wallace, Bill Graham, Whitney Wallace Williams, Mark P. Doby, Rhine Law Firm, P.C., and Joel R. Rhine, by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), and respectfully move to dismiss Plaintiff Craig Cunningham's ("Plaintiff") Complaint in its entirety.

Defendant Ricky A. LeBlanc ("LeBlanc"), by counsel and by special appearance, pursuant Federal Rules of Civil Procedure 12(b)(2) and (5), respectfully moves to dismiss Plaintiff's Complaint in its entirety.

Defendant Sokolove Law, LLC, by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves to dismiss Count I of the Complaint with the exception of the October 2, 2023 call at 11:12 a.m., and to dismiss Count III of the Complaint with prejudice for failure to state a plausible claim for relief. The grounds for these Motions are set forth in

greater detail in Defendants' Memorandum in Support of this Motion to Dismiss, filed contemporaneously herewith.

WHEREFORE, Defendants Wallace & Graham, P.A., Mona Lisa Wallace, Bill Graham, Whitney Wallace Williams, Mark P. Doby, and Rhine Law Firm, P.C., by counsel, respectfully request that the Court dismiss, with prejudice, Plaintiff's Complaint in its entirety. Defendant Ricky A. LeBlanc, by counsel and by special appearance, requests that this Court dismiss Plaintiff's Complaint, with prejudice, for insufficient service of process, lack of personal jurisdiction, and failure to state a claim. Finally, Defendant Sokolove Law, LLC respectfully requests that the Court dismiss Counts Count I with the exception of the October 2, 2023 call at 11:12 a.m., and dismiss Count III of Plaintiff's Complaint with prejudice.

DATED: May 29, 2024

**WALLACE & GRAHAM, P.C,**
**MONA LISA WALLACE, BILL GRAHAM,**
**WHITNEY WALLACE WILLIAMS,**
**MARK P. DOBY, RHINE LAW FIRM, P.C.,**
**JOEL R. RHINE, SOKOLOVE LAW, LLC,**
**AND RICKY A. LEBLANC**

By: */s/ Virginia Bell Flynn*
Virginia Bell Flynn (N.C. State Bar No. 59109)
TROUTMAN PEPPER HAMILTON SANDERS LLP
301 South College Street, Suite 3400
Charlotte, North Carolina 28202
Telephone: 704-916-1509
Facsimile: 704-998-4051
Email: virginia.flynn@troutman.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May 2024, I electronically filed the foregoing *DEFENDANTS WALLACE & GRAHAM, P.C, MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC, AND RICKY A. LEBLANC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT* with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: */s/ Virginia Bell Flynn*
Virginia Bell Flynn (N.C. State Bar No. 59109)