# EXHIBIT A

10-2-23 15.00 Craig Cunningham.

    MR. SMITH:

        Hello.

    ANGELIQUE:

        Hi. This is Angelique calling from Sokolove Law.

        May I speak with Craig Smith?

    MR. SMITH:

        Yes.

    ANGELIQUE:

        Hi, Mr. Smith. I'm calling on a recorded line to follow-up on some information that you submitted for a legal claim.

        Is now a good time to ask you some additional questions?

    MR. SMITH:

        Absolutely. Which -- who -- who did you say you -- you were with.

    ANGELIQUE:

        Sokolove Law.

    MR. SMITH:

        Oh, I heard something a law.

    ANGELIQUE:

        Sokolove.

1     MR. SMITH:
2         Okay. Go ahead.
3     ANGELIQUE:
4         Oh, okay.
5         And were you reaching out on
6 behalf of yourself or someone else?
7     MR. SMITH:
8         Myself.
9     ANGELIQUE:
10         And did you live or work at the
11 base for at least 30 days between 1953 and 1987?
12     MR. SMITH:
13         Yes.
14     ANGELIQUE:
15         And what dates did you live or
16 work at the base?
17     MR. SMITH:
18         Say again.
19     ANGELIQUE:
20         What dates did you live or work at
21 the base?
22     MR. SMITH:
23         It was June '76 to August of '78.
24     ANGELIQUE:
25         Thank you.

1             And since you lived or worked at
2  the base, have you been diagnosed with cancer?
3         MR. SMITH:
4             Yes.  Liver cancer.
5         ANGELIQUE:
6             I'm so sorry to hear that.
7             And may I ask when were you
8  diagnosed?
9         MR. SMITH:
10            When?
11        ANGELIQUE:
12            Yes, sir.
13        MR. SMITH:
14            2016.
15        ANGELIQUE:
16            And since you lived or worked at
17 the base, have you been diagnosed with fatty liver
18 disease, renal toxicity, scleroderma or
19 Parkinson's disease?
20        MR. SMITH:
21            One more time.
22        ANGELIQUE:
23            Have you been diagnosed with fatty
24 liver disease, renal toxicity, scleroderma or
25 Parkinson's disease?

```
 1            MR. SMITH:
 2                 Fatty liver, yes.
 3            ANGELIQUE:
 4                 And when were you diagnosed with
 5   fatty liver?  Was that in 2016 as well?
 6            MR. SMITH:
 7                 Yes.
 8            ANGELIQUE:
 9                 And were you diagnosed with any
10   cardiac birth defects?
11            MR. SMITH:
12                 No.
13            ANGELIQUE:
14                 And since you lived or worked at
15   the base, have you been diagnosed with any other
16   conditions?
17            MR. SMITH:
18                 No.  That's it.
19            ANGELIQUE:
20                 And have you suffered from any
21   neuro behavior effects such as tremors, confusion,
22   delayed reactions, memory loss, vision problems,
23   change of mood or balance issues?
24            MR. SMITH:
25                 Yes.  Balance and tremors.
```

1      ANGELIQUE:
2          Okay.  And around what year would
3  you say that started?
4      MR. SMITH:
5          Last two years.
6      ANGELIQUE:
7          Okay.  And have you got any
8  medical treatment for any of the symptoms?
9      MR. SMITH:
10         Yes.
11     ANGELIQUE:
12         Okay.  Just from your primary care
13 doctor?
14     MR. SMITH:
15         Mm-hmm (affirmative response).
16 Yeah.
17     ANGELIQUE:
18         And what branch did you serve in
19 the military?
20     MR. SMITH:
21         Marines.
22     ANGELIQUE:
23         And did you live on or off base?
24     MR. SMITH:
25         On.

1  ANGELIQUE:
2      And where did you spend most of
3  your time on base?
4  MR. SMITH:
5      At the house or at the parks.
6  ANGELIQUE:
7      And do you currently have an
8  attorney assisting you with this matter?
9  MR. SMITH:
10      No.
11  ANGELIQUE:
12      Okay.  Thank you.  (Inaudible).
13      I need to collect some more
14  details from you.  May I get your date of birth,
15  please?
16  MR. SMITH:
17      Say again.
18  ANGELIQUE:
19      May I get your date of birth?
20  MR. SMITH:
21      Yes.  ▮▮▮▮▮▮▮, 1960.
22  ANGELIQUE:
23      Thank you.
24      And the email that I have for you
25  is ▮▮▮▮▮▮▮▮@gmail.com?

Page 7

```
1              MR. SMITH:
2                    Yes.
3              ANGELIQUE:
4                    And may I also get your address,
5     please?
6              MR. SMITH:
7                    Yeah.  It's  ███████████████,
8     Plano, Texas.
9              ANGELIQUE:
10                   Thank you.
11                   And would you like to receive
12    updates about your potential claim via text
13    message?
14             MR. SMITH:
15                   Sure.
16             ANGELIQUE:
17                   Okay.  If you'd just bear with me
18    a few moments, please.
19                   At times the Sokolove Law legal
20    team works with other law firms.  And for this
21    situation we are working with Wallace & Graham,
22    and I'd like to send you some paperwork on behalf
23    of those firms for you to complete so they can
24    determine the best course of action.
25                   Do I have your permission to share
```

Page 8

1  your information?
2      MR. SMITH:
3          Yes.
4      ANGELIQUE:
5          Okay.  Perfect.
6          The paperwork is gonna be sent
7  over to your email.  And we do ask that you
8  complete that as soon as possible so that our
9  attorneys can begin working on the claim
10 immediately.
11     MR. SMITH:
12         Okay.  And let me check and make
13 sure I got the email from you guys.
14     ANGELIQUE:
15         Okay.
16     MR. SMITH:
17         What's -- what -- what's your
18 website?
19     ANGELIQUE:
20         The email is gonna be titled
21 Required Documents For Your Legal Claim.
22     MR. SMITH:
23         Okay.
24     ANGELIQUE:
25         And you can also check your spam

Page 9

```
 1   folder if you haven't received it.
 2              MR. SMITH:
 3                   Okay.
 4                   Okay.  Sokolove Law?
 5              ANGELIQUE:
 6                   Yes, sir.
 7              MR. SMITH:
 8                   All right.  And where are you guys
 9   out of?
10              ANGELIQUE:
11                   We're located in Chestnut Hill,
12   Massachusetts.
13              MR. SMITH:
14                   Oh, nice.
15                   Okay.
16              ANGELIQUE:
17                   I'm sorry.  You have received the
18   email?
19              MR. SMITH:
20                   Yeah.
21              ANGELIQUE:
22                   Okay.  Perfect.
23                   And I can also provide you with a
24   phone number as well as a file number in case you
25   need to reach back out to us.
```

```
 1              MR. SMITH:
 2                   Okay, sure.
 3              ANGELIQUE:
 4                   Please let me know when you're
 5  ready.
 6              MR. SMITH:
 7                   Yes.
 8              ANGELIQUE:
 9                   The phone number is gonna be (866)
10  ██ --
11              MR. SMITH:
12                   (866) ██.
13              ANGELIQUE:
14                        ██.
15              MR. SMITH:
16                        ██.
17              ANGELIQUE:
18                   And the file number is ██.
19              MR. SMITH:
20                   File -- hold on.  What's the file
21  number again?
22              ANGELIQUE:
23                   It's the file number, it's ██ --
24              MR. SMITH:
25                   Uh-huh (affirmative response).
```

```
1              ANGELIQUE:
2                   -- ▮ --
3              MR. SMITH:
4                   ▮.
5              ANGELIQUE:
6                   -- ▮.
7              MR. SMITH:
8                   ▮.  Okay.
9              ANGELIQUE:
10                  Okay.  And thank you so much for
11   reaching out to Sokolove Law.  You've been
12   speaking with Angelique.  And you have a great
13   day.
14             MR. SMITH:
15                  All right.
16                  Is there a website for you guys
17   that I can look up?
18             ANGELIQUE:
19                  Yes, sir.  So it'll be
20   SokoloveLaw.com.
21             MR. SMITH:
22                  Okay.  Thank you.
23             ANGELIQUE:
24                  You're welcome.  Bye-bye.
25             MR. SMITH:
```

```
                                                    Page 12
 1              Bye.
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```