# EXHIBIT B

10-5-23 15.08 Craig Cunningham.

        MR. SMITH:

            Hello.

        AMANDA:

            Hello.  I'm calling from Sokolove Law.

            May I please speak with Craig Smith?

        MR. SMITH:

            I'm sorry.  Say that again.

        AMANDA:

            I'm calling from Sokolove Law.

            May I speak with Craig Smith?

        MR. SMITH:

            Yes, that's me.

        AMANDA:

            Hi.  So my name is Amanda from Sokolove Law on a recorded line, and I'm following up on the information that was submitted.

            Is now a good time to ask some additional questions?

        MR. SMITH:

            Certainly.

        AMANDA:

            Great.

Page 2

1              And I see this was regarding a

2    Camp Lejeune claim; is that right?

3         MR. SMITH:

4              That's right.

5         AMANDA:

6              In case we're disconnected, is

7    this a good number for us to call back?

8         MR. SMITH:

9              Yeah, this is my number.

10             What's a good number for you guys?

11        AMANDA:

12             This number that I'm calling from.

13        MR. SMITH:

14             Okay.

15        AMANDA:

16             Would this claim be for yourself

17   or someone else?

18        MR. SMITH:

19             For myself.

20        AMANDA:

21             Okay.  And did you ever live or

22   work at Camp Lejeune?

23        MR. SMITH:

24             Worked -- lived there, yeah.

25        AMANDA:

Case 1:24-cv-00221-TDS-LPA   Document 9-2   Filed 05/29/24   Page 3 of 21

Page 3

1              Okay.  Were you there for at least
2    30 days between 1953 and 1987?
3           MR. SMITH:
4              Yeah.  It was about two years.
5           AMANDA:
6              Okay.  Okay.  I see here it says
7    June of '76 to August of '78.
8           MR. SMITH:
9              Yeah.
10          AMANDA:
11             And since living at the base, have
12   you been diagnosed with cancer?
13          MR. SMITH:
14             Yes.  Liver.
15          AMANDA:
16             I'm so sorry to hear that.
17             When were you diagnosed?
18          MR. SMITH:
19             It was about four years ago.
20          AMANDA:
21             And have you ever been diagnosed
22   with fatty liver disease, renal toxicity, CREST
23   syndrome or Parkinson's disease?
24          MR. SMITH:
25             Yeah.  It was renal toxicity as

Case 1:24-cv-00221-TDS-LPA   Document 9-2   Filed 05/29/24   Page 4 of 21

Page 4

1   well.

2          AMANDA:

3                  Okay.  When were you diagnosed

4   with that; same time?

5          MR. SMITH:

6                  Yeah.

7          AMANDA:

8                  Have you been diagnosed with any

9   other conditions?

10          MR. SMITH:

11                 I don't think so.  It's all in the

12  medical records, though.

13          AMANDA:

14                 Okay.  Since living at the base,

15  have you suffered from any neurobehavioral

16  effects, like tremors, confusion, delayed

17  reactions, memory loss, vision problems, changes

18  in your mood or balance issues?

19          MR. SMITH:

20                 Yeah.  Balance and tremors.

21          AMANDA:

22                 Okay.  When did you start to

23  notice these symptoms?

24          MR. SMITH:

25                 It was like 2016 to 2020.

Case 1:24-cv-00221-TDS-LPA   Document 9-2   Filed 05/29/24   Page 5 of 21

Page 5

1          AMANDA:

2                    Thank you.

3                    And what treatment have you

4    received for your diagnosis overall?

5          MR. SMITH:

6                    Chemotherapy.

7          AMANDA:

8                    Any specialists, been

9    hospitalized?

10         MR. SMITH:

11                   Yes.  I've seen specialists.

12   Yeah.  And they ran a bunch of tests as well.

13         AMANDA:

14                   What about ER visits or physical

15   therapy or any surgeries?

16         MR. SMITH:

17                   Yeah, definitely several hospital

18   visits and lab tests that they ran as well.

19         AMANDA:

20                   Mm-hmm (affirmative response).

21   Okay.

22                   Did you ever serve in the

23   military?

24         MR. SMITH:

25                   No.

Case 1:24-cv-00221-TDS-LPA   Document 9-2   Filed 05/29/24   Page 6 of 21

Page 6

1          AMANDA:

2                    You were a family member?

3          MR. SMITH:

4                    Yeah.  My -- my dad was in the

5     Army -- or Marines.

6          AMANDA:

7                    Okay.  And did you live on base or

8     off base when you were there?

9          MR. SMITH:

10                    On base.

11         AMANDA:

12                    Do you happen to remember the name

13    of the neighborhood?

14         MR. SMITH:

15                    No, not offhand.  I can go look it

16    up.

17         AMANDA:

18                    Okay.  Do you currently have an

19    attorney assisting you with this matter.

20         MR. SMITH:

21                    No.

22         AMANDA:

23                    All right.  So that we can stay in

24    touch, I want to make sure we have some good

25    contact information.  The email address we have

Case 1:24-cv-00221-TDS-LPA   Document 9-2   Filed 05/29/24   Page 7 of 21

1  for you is ▮▮▮▮▮▮▮▮▮▮.com; is that

2  correct?

3          MR. SMITH:

4              Mm-hmm (affirmative response).

5  Yeah.

6          AMANDA:

7              Okay.

8          MR. SMITH:

9              Can -- can you guys just shoot me

10  an email real quick with your contact info so I

11  have all that?

12          AMANDA:

13              Yes, sir.  Once I submit the

14  information it's automatically gonna send.

15          MR. SMITH:

16              Oh, okay.

17          AMANDA:

18              And -- okay.  May I also have your

19  -- a good mailing address four?

20          MR. SMITH:

21              Yeah.  3000 Custer Road, Suite --

22          AMANDA:

23              What was the street name?

24          MR. SMITH:

25              Custer, C-U-S-T-E-R.

REDACTED PII

```
 1            AMANDA:
 2                 Mm-hmm (affirmative response).
 3            MR. SMITH:
 4                 Road, Suite 270-206, that's Plano,
 5       Texas 75075.
 6            AMANDA:
 7                 Thank you.
 8                 And may I have your date of birth?
 9            MR. SMITH:
10                 Yeah.  ████████, 1960.
11                 And where did you guys originate
12       my information from?
13            AMANDA:
14                 Let me see.  It actually doesn't
15       say.
16                 Let me see if it says here.  It
17       says that it was sent through our website,
18       Sokolove Law.
19            MR. SMITH:
20                 Okay.  Yeah, I talked to somebody
21       last couple days about it.
22            AMANDA:
23                 Yeah.  I see the information --
24       just some brief information was submitted on our
25       website and that's it.
```

REDACTED PII

```
1            MR. SMITH:
2                 Mm-hmm (affirmative response).
3    Okay.
4            AMANDA:
5                 Would you like to receive updates
6    --
7            MR. SMITH:
8                 What was submitted?
9            AMANDA:
10                Let me go back.  Give me one
11   moment.
12                It doesn't actually say when it
13   was submitted.
14           MR. SMITH:
15                Oh, okay.
16           AMANDA:
17                And there's no co-counsel either.
18   So it doesn't even say that it was through another
19   firm, so it was directly through our website.
20           MR. SMITH:
21                Okay.
22           AMANDA:
23                And the date isn't on here.  The
24   only date that I have is today.
25           MR. SMITH:
```

1                    Mm-hmm (affirmative response).

2    All right.

3              AMANDA:

4                    Would you like to receive updates

5    about the claim via text message?

6              MR. SMITH:

7                    Email's fine.

8              AMANDA:

9                    Okay.  Okay.  Let me just make

10   sure I have everything put in.

11                   All right.  So the Sokolove Law

12   legal team often works with other law firms to

13   help us determine what the best course of action

14   is gonna be for each case.

15             MR. SMITH:

16                   Mm-hmm (affirmative response).

17             AMANDA:

18                   So do I have your permission to

19   share your information with other firms that we're

20   working with on the Camp Lejeune claim?

21             MR. SMITH:

22                   Sure.  Do -- do you know which

23   firm it's gonna be?

24             AMANDA:

25                   I don't know what firm would be

1 working with you specifically.  It looks like

2 they're gonna have to review the information first

3 before determining that.  We work with several

4 different law -- law firms, Environmental

5 Litigation Group, Bell Legal Group.  There's a few

6 other ones, but those are the two mains that we're

7 working with on this Camp Lejeune claim.

8         MR. SMITH:

9                 Mm-hmm (affirmative response).

10         AMANDA:

11                 But they'll let you know before

12 sharing the information, if they do, who they are.

13         MR. SMITH:

14                 Okay.  Sounds good.

15         AMANDA:

16                 Okay.  All right.  So I'd like to

17 get you transferred over to one of our case

18 managers who's gonna get some additional

19 information and let you know what the next steps

20 are gonna be.

21                 Do you mind if I place you on a

22 brief hold?

23         MR. SMITH:

24                 Sure.

25         AMANDA:

1          Great.  One moment please.

2     TIA:

3          Good afternoon, Sokolove Law firm.

4  This is Tia, case manager.  Recorded line.

5     AMANDA:

6          Hi.  This is Amanda from

7  Voice-Ter.  I have a Camp Lejeune caller on the

8  line.  The file number is ████.  And this is a

9  Mr. Craig Smith, and I just completed intake.

10    TIA:

11         Okay.  One moment.

12         That name sounds familiar.  Give

13 me one moment here.

14         Did you do more than one for him

15 or just him?

16    AMANDA:

17         No.  It was just him.

18    TIA:

19         Okay.  I'm gonna do -- let me just

20 double-check.  One moment.

21    AMANDA:

22         Yeah.

23    TIA:

24         Yeah.  We did -- we did one with

25 him.  Why that name's so familiar.  We did it one

REDACTED PII

1   -- three days ago.  I'll talk to him.

2            AMANDA:

3                 Okay.  I'll go ahead, transferring

4   now.

5            TIA:

6                 I got you.  Thank you, ma'am.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

10-5-23 15.17 Craig Cunningham.


TIA:

        Good afternoon, Sokolove Law firm.
This is Tia, case manager.  Recorded line.

        AMANDA:

        Hi.  This is Amanda from
Voice-Ter.  I have a Camp Lejeune caller on the
line.  The file number is ███████.  And this is a
Mr. Craig Smith, and I just completed intake.

        Okay.  One moment.

        That name sounds familiar.  Give
me one moment here.

        Did you do more than one for him
or just him?

        MR. SMITH:

        No.  It was just him.

        AMANDA:

        Okay.  I'm gonna do -- let me just
double-check.  One moment.

        MR. SMITH:

        Yeah.

        AMANDA:

        Yeah.  We did -- we did one with
him.  Why that name's so familiar.  We did it one

REDACTED PII

Page 2

1    -- three days ago.  I'll talk to him.

2            MR. SMITH:

3                Okay.  I'll go ahead, transferring

4    now.

5            AMANDA:

6                I got you.  Thank you, ma'am.

7            TIA:

8                Hello, Mr. Smith.

9            MR. SMITH:

10               Yes.

11           TIA:

12               Hi.  Good afternoon.  My name is

13   Tia.  I'm a case manager here with Sokolove Law

14   firm on a recorded line.

15           MR. SMITH:

16               Okay.

17           TIA:

18               I -- I see that she did the claim;

19   however, we already had a claim processed for you

20   on the 2nd of -- well, about three days ago

21   roughly.

22               Did you get the paperwork for that

23   claim yet?

24           MR. SMITH:

25               Yeah.  I was -- I was actually a

```
 1  little -- where did you get the other claim info
 2  from?
 3          TIA:
 4              The original claim?
 5          MR. SMITH:
 6              Mm-hmm (affirmative response).
 7          TIA:
 8              So the original claim I have came
 9  in on the 2nd of October.  You actually spoke with
10  our tier one agents, one of the agents that just
11  transferred you over.  I see that you would spoke
12  with Miss Angelique on the 2nd at --
13          MR. SMITH:
14              Okay.
15          TIA:
16              -- 2:53 p.m. Eastern time roughly.
17          MR. SMITH:
18              Okay.  She works for you guys or
19  does she work for somebody else?
20          TIA:
21              She's a -- she's -- she works with
22  Sokolove Law firm.  She's a tier one agent, so
23  she, like, gets, like, the claim information and
24  then --
25          MR. SMITH:
```

Case 1:24-cv-00221-TDS-LPA   Document 9-2   Filed 05/29/24   Page 17 of 21

Page 4

```
 1                    Uh-huh (affirmative response).
 2          TIA:
 3                    -- normally they'll get the
 4    paperwork sent to you.  If it has to come me, like
 5    a case manager, then that's when you get sent to
 6    me.
 7          MR. SMITH:
 8                    Okay.
 9          TIA:
10                    But she is an actual member of our
11    team, yes.
12          MR. SMITH:
13                    Yeah.  I wasn't sure about how
14    this whole thing works exactly.
15          TIA:
16                    Oh, no problem.  I can explain.
17    So what happens is this claim is open to any ser-
18    -- service member, family member, mom, dad, kids,
19    grandparents, et cetera, or civilian employee
20    stationed at Camp Lejeune or the other seven
21    bases, and that's housing on or off base, any time
22    1953 and 1987.  So you qualify, you know, just
23    being there as well.
24                    I see that I have the liver cancer
25    which is -- some diagnosis we're looking at is
```

1   cancer just.  Fatally liver -- fatty liver disease
2   is another thing we're looking into as well.
3               MR. SMITH:
4                   Mm-hmm (affirmative response).
5               TIA:
6                   And then also the neurological, so
7   yes.  We're looking into all those things and
8   other health care conditions too, because this is
9   not conclusive as well.  And that's the only
10  requirement literally just being there and --
11  being on the base and living there.  That's the
12  only requirement.  And then, of course, any other
13  health care conditions.
14                  What happens is a tier one agent
15  -- if they're able to get enough information, like
16  to get the claim processed, which Miss Angelique
17  -- Angelique did on the 2nd.  That's why paperwork
18  was actually generated, which is a contract that
19  says you'd like for us to represent you.  This is
20  all free.  Contingency -- rela- -- contingency
21  relation, excuse me.  And also in the -- there's a
22  contract, military release form, and medical
23  release form.  By default since there's email on
24  file, we did send it by email, but a hard copy
25  will be mailed out as well to you and -- by

Case 1:24-cv-00221-TDS-LPA   Document 9-2   Filed 05/29/24   Page 19 of 21

```
 1   tomorrow at the latest with a hard copy.
 2           MR. SMITH:
 3                   Okay.
 4           TIA:
 5                   Yeah.  The same thing coming in
 6   hard copy.  So whichever one you choose to return
 7   is up to you.
 8                   And then our co-counsel firm,
 9   Wallace & Graham, that's actually the firm gonna
10   be going to court for you.  They're actually in
11   this -- I call it my southeast corridor out of
12   Salisbury, North Carolina.  They actually
13   specialize in (inaudible) claims, that's what they
14   do.  And so they will be taking over the claim
15   basically once the paperwork comes back in and our
16   legal team gets that file sent to them.  And then
17   after that, honestly, Wallace & Graham is very
18   hands on.
19                   So once they get your claim
20   information from us, one -- and the person who
21   works on your file is gonna call you.  They use
22   text, email and regular mail, but they'll let, you
23   know, like what they're working on.  They do do
24   like Zoom sessions, webinar sessions as well too.
25   But they will keep you updated on all that as
```

Case 1:24-cv-00221-TDS-LPA   Document 9-2   Filed 05/29/24   Page 20 of 21

Page 7

1   well.

2        MR. SMITH:

3             Okay.

4        TIA:

5             And that's it.  Yeah.

6             Any other questions, concerns?

7        MR. SMITH:

8             All right, sounds good.

9             Mm-mm (negative response).

10       TIA:

11            Okay.  Well, Mr. Smith, my name --

12  again, my name is Tia with Sokolove Law.  Thank

13  you for calling back to check.  You have a good

14  rest of your week and weekend.  And we'll talk to

15  you in a few weeks?

16       MR. SMITH:

17            All right.  Thanks.

18       TIA:

19            Thank you.  Mm-hmm (affirmative

20  response).

21            Bye-bye.

22

23

24

25