# EXHIBIT C

10-9-23 15.46 Craig Cunningham.

MR. SMITH:

Hello.

JENNIFER:

Hi.  I'm calling from Sokolove Law.

May I please speak with Craig Smith?

MR. SMITH:

Yes.

JENNIFER:

Is this Craig Smith?

MR. SMITH:

Yes.

JENNIFER:

Thank you.

My name is Jennifer.  I'm calling from Sokolove Law on a recorded line.  I was following up on the paperwork that we sent you regarding the Camp Lejeune claim.

Is now a good time to talk?

MR. SMITH:

Actually, let me give you guys a call back.  Can I reach you back at this number?

1    JENNIFER:
2         Absolutely.  Yes.
3         Thank you so much for your time,
4  and have a great day.
5      MR. SMITH:
6         Thanks.  You too.
7      JENNIFER:
8         Thank you.  Bye.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25