# EXHIBIT D

10-27-2318.05 Craig Cunningham.


MR. SMITH:

      Hello.

JENNIFER:

      Hi.  I'm calling from Sokolove Law.

      May I please speak with Craig Smith?

MR. SMITH:

      Yes.

JENNIFER:

      Is this Craig Smith?

MR. SMITH:

      Yes.

JENNIFER:

      Thank you.  My name is Jennifer. I'm calling from Camp Lejeune on a recorded line. I was following up on the paperwork that we sent you regarding the Camp Lejeune claim.

      Is now a good time?

MR. SMITH:

      Yes.  Yes, I -- I got it.  I had a couple questions on it.

JENNIFER:

Page 2

```
 1                    Absolutely.  So that actually is
 2    the purpose of the call.
 3                    What questions did you have for
 4    me?
 5         MR. SMITH:
 6                    The people I spoke to that --
 7    before you guys, how did that -- who are they?
 8         JENNIFER:
 9                    I'm sorry?
10         MR. SMITH:
11                    The people that referred me to you
12    guys, who -- who -- who are they.
13         JENNIFER:
14                    Give me one moment, I can -- I can
15    see.  Just give me a quick moment.
16                    And you mean you were referred to
17    Sokolove Law by another firm?
18         MR. SMITH:
19                    I'm not sure who it was, but yeah.
20         JENNIFER:
21                    Well, no.  You -- you've reached
22    Sokolove Law.  I'm sorry.  I'm -- the firm that
23    I'm with is Sokolove Law.  I'm sorry.
24         MR. SMITH:
25                    No.  I understand that.
```

Page 3

```
 1            JENNIFER:
 2                 I'm sorry.
 3            MR. SMITH:
 4                 I'm saying -- maybe a simpler
 5      question.  Where did you guys get my information
 6      from.
 7            JENNIFER:
 8                 So it usually is provided by the
 9      person who's interested.
10            MR. SMITH:
11                 Uh-huh (affirmative response).
12            JENNIFER:
13                 Yeah.  The -- the only way that we
14      would get the information is if you provided it to
15      us.
16            MR. SMITH:
17                 How did it -- how was it provided
18      to you guys?
19            JENNIFER:
20                 Wait.
21                 So the only way we would have
22      gotten it was if you provided it to us.
23            MR. SMITH:
24                 Right.  What I'm saying was --
25      phone?  I obviously didn't walk in, but --
```

Case 1:24-cv-00221-TDS-LPA   Document 9-4   Filed 05/29/24   Page 4 of 8

Page 4

```
 1   website.
 2           JENNIFER:
 3                   No, no.  It's usually through a
 4   website.
 5           MR. SMITH:
 6                   Okay.  So which website did you
 7   guys get from information from?
 8           JENNIFER:
 9                   Ours.  The Sokolove Law website.
10           MR. SMITH:
11                   Okay.  So you're saying I -- you
12   got my information from me going to your website.
13           JENNIFER:
14                   That -- that is the -- usually the
15   only way that that could happen.  There -- there
16   really isn't, that I know of, another way that we
17   would get that information.
18           MR. SMITH:
19                   Okay.  You guys don't have any
20   marketing partners that you work with.
21           JENNIFER:
22                   I mean more than likely, yes,
23   there -- there is a marketing department.
24           MR. SMITH:
25                   Okay.
```

Case 1:24-cv-00221-TDS-LPA   Document 9-4   Filed 05/29/24   Page 5 of 8

Page 5

```
 1            JENNIFER:
 2                   And you did an intake with us, so
 3    you answered some questions with us.  You answered
 4    intake --
 5            MR. SMITH:
 6                   Yeah, I did.
 7            JENNIFER:
 8                   -- questions --
 9            MR. SMITH:
10                   Yeah, I had an intake with --
11            JENNIFER:
12                   -- with us?
13            MR. SMITH:
14                   That's what I was wondering, who
15    -- yeah.  That was over the phone, though --
16            JENNIFER:
17                   Yes.
18            MR. SMITH:
19                   -- the intake.
20            JENNIFER:
21                   Yes.
22            MR. SMITH:
23                   Right.
24            JENNIFER:
25                   That was after the -- the website,
```

Case 1:24-cv-00221-TDS-LPA   Document 9-4   Filed 05/29/24   Page 6 of 8

1   unless you called us first.

2                   Does that make sense?  Are you

3   still there?

4           MR. SMITH:

5                   Yeah, I'm here.

6           JENNIFER:

7                   Oh, okay.  I wasn't able to here

8   you.

9                   So yeah, I do -- so -- so you did

10  an intake.  Did you want to continue?

11          MR. SMITH:

12                  Well, yeah.  Like I said, I was

13  just -- was trying to clarify a few things on --

14  on the process.  And --

15          JENNIFER:

16                  Okay.

17          MR. SMITH:

18                  But yeah.  I am driving at moment

19  and it's -- I'm sorry, let me give you guys a call

20  back a little bit later.

21                  How late are you guys open?

22          JENNIFER:

23                  8:00 p.m. Eastern.

24          MR. SMITH:

25                  I'm gonna get some gas right now.

Page 7

1   But I'll give you guys a call back a little bit

2   later.

3            JENNIFER:

4                 Okay.  No problem.

5                 Thank you for your time and have a

6   great day.  Thank you.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:24-cv-00221-TDS-LPA   Document 9-4   Filed 05/29/24   Page 8 of 8