# EXHIBIT E

10-30-23 11.36 Craig Cunningham.

        MR. SMITH:

            Hello.

        JENNIFER:

            Hi.  I'm calling from Sokolove Law.

            May I please speak with Craig Smith?

    **A.    Yes.**

        JENNIFER:

            Is this Craig Smith?

    **A.    Yes, ma'am.**

        JENNIFER:

            Thank you.

            My name is Jennifer.  I'm calling from Sokolove Law on a recorded line.  I was following up on the paperwork that we sent you regarding the Camp Lejeune claim.

            Is now a good time?

        MR. SMITH:

            Yes.

            Did you just need me to sign the paperwork?

        JENNIFER:

            Well, I did want to -- basically

```
 1   the call is to see if you received the paperwork,
 2   and also if you had any questions filling it out.
 3   Did you --
 4           MR. SMITH:
 5                   No.  Did you send it through the
 6   mail or from like an email.
 7           JENNIFER:
 8                   We actually sent it both through
 9   the email and through the mail.
10           MR. SMITH:
11                   No.
12           JENNIFER:
13                   Did you have a preference for
14   which way you'd like to complete it?
15           MR. SMITH:
16                   Let me check my mail.  Where did
17   you send -- what address did you send it to.
18           JENNIFER:
19                   It was sent to 3000 K-U-S-T-E-R
20   Road, Suite --
21           MR. SMITH:
22                   Mm-hmm (affirmative response).
23           JENNIFER:
24                   -- 270-206, Plano, Texas --
25           MR. SMITH:
```

```
                                              Page 3
 1                   Okay.
 2            JENNIFER:
 3                   -- 75075.
 4            MR. SMITH:
 5                   All right.  Yeah.  Let me check on
 6    that; I'll get back with you.
 7            JENNIFER:
 8                   Oh, okay.  Well, you haven't --
 9    you haven't received it yet?
10            MR. SMITH:
11                   I haven't checked the mail today.
12    It's a little early.
13            JENNIFER:
14                   Okay.
15            MR. SMITH:
16                   So ...
17            JENNIFER:
18                   Okay.  Is there a better time to
19    reach back out?
20            MR. SMITH:
21                   I'll call you guys.  I'll give you
22    a call.
23            JENNIFER:
24                   Okay.  Give me just one moment.
25                   Thank you for your time and have a
```

Page 4

1  great day.
2          MR. SMITH:
3              Thanks.