# EXHIBIT F

1-29-24 16.30 Craig Cunningham.

    CHUCK:

        Thank you for calling Sokolove Law. My name is Chuck on a recorded line.

        Are you calling to start a potential legal claim?

    MR. CUNNINGHAM:

        Uh, say -- say it one more time.

    CHUCK:

        This is the Sokolove Law Firm.

        Are you calling to start a potential legal claim?

    MR. CUNNINGHAM:

        I actually had a question about some calls I got from you guys.

    CHUCK:

        Okay. You haven't contacted us in the past?

    MR. CUNNINGHAM:

        I'm not --

    CHUCK:

        Okay. What's a -- what's a first and last name?

    MR. CUNNINGHAM:

1                    Yeah.  It's Craig Cunningham.
2           CHUCK:
3                    Okay.  It wouldn't be under a
4    different name?
5           MR. CUNNINGHAM:
6                    It was Craig Smith.
7           CHUCK:
8                    Okay.  Yeah.  It looks like you
9    contacted us a regarding a potential Camp Lejeune
10   claim.
11          MR. CUNNINGHAM:
12                   Did I contact you guys or did you
13   guys contact me?
14          CHUCK:
15                   You would have to contact us
16   because we would have to do an intake, so you --
17   you had to contact us.
18          MR. CUNNINGHAM:
19                   So when did I contact you guys?
20          CHUCK:
21                   It doesn't tell me when.  I can
22   transfer you over to somebody that can look up
23   your information if you'd like and let you know.
24          MR. CUNNINGHAM:
25                   Okay, sure.

1  CHUCK:
2      Okay.  Can you give me one moment?
3      Okay.  I'm going to put you on
4  hold for a moment to be -- very momentarily
5  somebody will pick up.
6  MR. CUNNINGHAM:
7      Okay.  Thanks.
8  RANDALL:
9      This is Randall at Sokolove.
10  CHUCK:
11      Hi, Randall.  It's Chuck with
12  Voice-Ter.
13      How's it going today?
14  RANDALL:
15      Hey, Chuck.  Pretty good.
16      How about yourself?
17  CHUCK:
18      I'm pretty good.
19  RANDALL:
20      Okay.
21  CHUCK:
22      I have a repeat Camp Lejeune
23  caller on the line looking for a status check.  He
24  said he never contacted us, but I'm showing he
25  has.  It's gonna be ▓▓▓▓▓▓.  And he gave me the

1  name of Craig Carpenter and then he finally said
2  Craig Smith.
3        RANDALL:
4              Hmm.  Okay.
5        CHUCK:
6              So.  Yeah.
7        RANDALL:
8              Okay.  Well, that's strange.  I
9  guess --
10       CHUCK:
11             Yeah.
12       RANDALL:
13             -- go ahead and put Mr. Smith
14 through.  Let's see what we can do for him.
15       CHUCK:
16             Okay.  Thanks.  One moment.
17       RANDALL:
18             Thanks.  Mm-hmm (affirmative
19 response).