IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
SALISBURY DIVISION
No. 24-cv-221

| | |
|---|---|
| CRAIG CUNNINGHAM, <br><br> Plaintiff, <br> v. <br><br> WALLACE & GRAHAM, P.A., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC, AND RICKY A. LEBLANC <br><br> Defendants. | **CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS** |

The Plaintiff, Craig Cunningham, with the consent of the defendants, requests that the Court grant him an extension to July 5, 2024 to respond to the motion to dismiss filed by the Defendant (ECF Nos. 7 and 8). Counsel for the Plaintiff has conferred with counsel for the Defendants, who do not oppose this request.

Dated: June 16, 2024

Respectfully submitted,

By: *s/ Andrew Roman Perrong*
Andrew Roman Perrong
PA. Attorney I.D. #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

-1-

Tel: (215) 225-5529
Fax: (888) 329-0305
a@perronglaw.com


By: *s/ Ryan P. Duffy*
Ryan P. Duffy
N.C. Attorney I.D. #55904
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead Street
Suite 500, Unit 450
Charlotte, NC 28208
Tel: (704) 741-9399
ryan@ryanpduffy.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: *s/ Andrew Roman Perrong*
Andrew Roman Perrong
PA. Attorney I.D. #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Tel: (215) 225-5529
Fax: (888) 329-0305
a@perronglaw.com