IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>    Plaintiff,<br>v.<br><br>WALLACE & GRAHAM, P.A., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC, AND RICKY A. LEBLANC<br><br>    Defendants. | 1:24cv221 |

### **ORDER**

This matter is before the court on the unopposed motion of Plaintiff Craig Cunningham for an extension of time up to and including July 5, 2024 to respond to the motion to dismiss filed by the Defendants (Docs. 7 and 8). For good cause shown,

IT IS ORDERED that Plaintiff shall have through and including July 5, 2024 to respond to the motion.

                                                  /s/ Thomas D. Schroeder
                                          United States District Judge

June 18, 2024