# NORFOLK COUNTY SHERIFF'S OFFICE

EXHIBIT A

## SHERIFF PATRICK W. MCDERMOTT

## CIVIL PROCESS DIVISION

1255 Hancock Street
Quincy, MA 02169
Phone: (781) 326-1787
Fax: (781) 326-0288

E-mail: info@NorfolkCivil.org
www.NorfolkCivil.com

Andrew Perrong Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside PA 19038

Amount Due: $ 55.00
Invoice #: 24002308
Invoice Date: 04/17/2024

**Please remit payment to:**
Norfolk County Civil Process
1255 Hancock Street
Quincy, MA 02169

Phone: 215-225-5529

---

**Payment Due Upon Receipt**

Please send a copy of this invoice with your remittance

Craig Cunningham
vs.
Ricky LeBlanc

Serve: Ricky LeBlanc
632 Canton Avenue
Milton MA 02186

Your File #:
Writ: summons and complaint
Invoice #: 24002308
Invoice Date: 04/17/2024

Served by Deputy Sheriff: Paul F. Donoghue
Service Date: 04/09/2024  Time: 2:00 pm
Method of Service: Diligent Service - No Service

| Charge | Amount |
|---|---|
| Diligent Search OOS | 50.00 |
| Fax/Email Copy Fee | 5.00 |
| **Total Charges** | **55.00** |

Amount Due: $ 55.00

Vendor Code  MA EIN
Docket #     1:24CV00221-TDS-LPA
Court        US District Court

SERVING THE COMMUNITIES OF: AVON, BELLINGHAM, BRAINTREE, BROOKLINE, CANTON, COHASSET, DEDHAM, DOVER, FOXBOROUGH, FRANKLIN, HOLBROOK, MEDFIELD, MEDWAY, MILLIS, MILTON, NEEDHAM, NORFOLK, NORWOOD, PLAINVILLE, QUINCY, RANDOLPH, SHARON, STOUGHTON, WALPOLE, WELLESLEY, WESTWOOD, WEYMOUTH, WRENTHAM

Case 1:24-cv-00221-TDS-LPA   Document 12-1   Filed 07/05/24   Page 1 of 3

# NORFOLK COUNTY SHERIFF'S OFFICE
## Civil Process Division
1255 Hancock Street - Quincy, MA 02169
Tel: 781-326-7271- Fax: 781-326-0288

## DILIGENT SEARCH MEMO

**TO:** PERRONG LAW LLC

**DATE:** April 9, 2024

**RE:** RICKY LEBLANC
632 CANTON AVENUE
MILTON, MA 02186
DOCKET # 1:24CV00221-TDS-LPA

**YOUR SERVICE HAS BEEN RETURNED TO YOU FOR THE FOLLOWING REASON(S):**

☐ The defendant has moved to:

☐ The service address is incorrect (explanation below)

☐ Business has relocated to a new known address

☐ Per your request

☐ After multiple attempts the defendant did not appear in court on the requested day

☒ Other: 3 Attempts Left Letters No Response

**RESULTS OF RESEARCH FOR AN ALTERNATIVE ADDRESS:**

☐ Current Resident or Person(s) interviewed indicated:

☐ Multiple databases indicate a more current/accurate address for the defendant

☐ Other:

**Alternative/New Service Address:**


If you have any questions, please contact me. Thank you.

PAUL DONOGHUE
DEPUTY SHERIFF

Jacket Number: 24002308



**Norfolk County Sheriff's Office,** 125 Hancock Street, Quincy, MA 02169 / Tel. (781) 326-7271
**Norfolk, SS**

EXHIBIT A

April 17, 2024

By virtue of this writ I have made diligent search for the within-named Ricky LeBlanc and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Fax/Email Copy Fee ($5.00) Diligent Search OOS ($50.00) Total: $55.00

Deputy Sheriff **Paul Donoghue**

**Deputy Sheriff**