Reference Number: 04256599

Dear Mr. Smith,

Thank you for contacting Sokolove Law. Based on the initial information you provided, we have sent you our Camp Lejeune client packet. Sokolove Law and Wallace & Graham are working together to represent individuals across the nation who have been injured by Camp Lejeune. Thus far, we have not received completed paperwork from you.

If you are still interested in moving ahead with an initial evaluation of your potential case, please sign and return the Contract of Representation we sent to you. If you need a new copy of the Contract of Representation or assistance with returning that document to us, we will be happy to assist you.

Please note: We do not represent you at this time. In order for us to represent you and move forward with our investigation of your potential claim, you must sign and return the documents we provided to you in our original Camp Lejeune client package. We ask you to please sign and return this documents as soon as possible. Only after we receive this signed documentation will we be able to determine whether or not we will be able to represent you.

If you have misplaced or did not receive the original documentation, please call and speak with a Case Manager at (855) 642-4133 any time Monday through Friday from 9am to 8pm EST.

Sincerely,
Ricky A. LeBlanc
Admitted in MA only

This email was sent from an unmonitored mailbox. If you have questions, please go to [www.sokolovelaw.com](www.sokolovelaw.com). You may also call us at (855) 642-4133

Reference Number: 04256599

Dear Mr. Smith,

Thank you for contacting Sokolove Law. Based on the initial information you provided, we have sent you our Camp Lejeune client packet. Sokolove Law and Wallace & Graham are working together to represent individuals across the nation who have been injured by Camp Lejeune. Thus far, we have not received completed paperwork from you.

If you are still interested in moving ahead with an initial evaluation of your potential case, please sign and return the Contract of Representation we sent to you. If you need a new copy of the Contract of Representation or assistance with returning that document to us, we will be happy to assist you.

Please note: We do not represent you at this time. In order for us to represent you and move forward with our investigation of your potential claim, you must sign and return the documents we provided to you in our original Camp Lejeune client package. We ask you to please sign and return this documents as soon as possible. Only after we receive this signed documentation will we be able to determine whether or not we will be able to represent you.

If you have misplaced or did not receive the original documentation, please call and speak with a Case Manager at (855) 642-4133 any time Monday through Friday from 9am to 8pm EST.

Sincerely,
Ricky A. LeBlanc
Admitted in MA only

This email was sent from an unmonitored mailbox. If you have questions, please go to www.sokolovelaw.com. You may also call us at (855) 642-4133

Reference Number: 04256599

Dear Mr. Smith,

Thank you for contacting our office regarding a potential Camp Lejeune claim. After our initial review of the information you provided, we sent you documents on behalf of our firm and Wallace & Graham to review, sign and return. To date, we have not received the signed documents from you. Because we have not received the documents, Sokolove Law, LLC (or Sokolove Law, LLP if applicable - each "Sokolove Law") and Wallace & Graham will be unable to move forward with your potential claim and will be closing your file. If you still wish to pursue your potential case, please call us toll-free at (866) 444-9876.

Please be advised that there is a statute of limitations, which restricts the period of time in which your case must be filed. If you fail to file within that period, you may be forever prohibited from doing so. We encourage you to call your local Bar Association in order to obtain the name of an attorney who can consider the potential matter and protect your rights within the statute of limitations.

As a token of gratitude for selecting us to review your potential claim, we present you with the opportunity to save up to 80% off your prescriptions through our FREE prescription discount program. Visit us at SokoloveLawRx.com for a brief explanation of the program and to print your free prescription discount card. You may use it at over 35,000 pharmacies nationwide. For more information, or to find a participating pharmacy in your area, visit SokoloveLawRx.com.

Again, thank you for selecting Sokolove Law and Wallace & Graham to review your potential claim. We know you have many choices, but we hope you will think of us in the future should another legal matter come up. For a complete list of our practice areas, please visit our website at [www.SokoloveLaw.com](www.SokoloveLaw.com).

Sincerely,
Ricky A. LeBlanc
Admitted in MA only

This email was sent from an unmonitored mailbox. If you have questions, please go to [www.sokolovelaw.com](www.sokolovelaw.com). You may also call us at (866) 444-9876

To view this email as a web page, go here.



Dear Craig,

Thank you for contacting Sokolove Law previously in regards to your potential legal claim. While we were unable to assist at that time, we understand that circumstances may change and we are standing by if you are interested in pursuing your legal claim.

For over forty years, Sokolove Law has helped thousands of people across the United States and recovered over $9.6 Billion dollars. My office is available to help you at any time, so please **call or text Sokolove Law today at 800-707-0445**.

Sincerely,

Ricky LeBlanc
Managing Attorney, Sokolove Law
Admitted in MA only

### To move forward, it is important we speak to you immediately.

### Time to file a claim is limited, so don't delay.

Call Us Now 800-707-0445

   

This is general information only and should not be taken or relied on as legal or medical advice. Every factual situation is different; consult an attorney or other applicable professional before any legal or other decision. No attorney-client or other professional relationship is created by providing or using this information. Prior results do not guarantee a similar outcome.

Consult your doctor before any medical decision. If you have already hired or retained a lawyer in connection with the type of claim mentioned above, please disregard this email. If you do not wish to receive further communications from Sokolove Law, please call us at 800-971-7863 or email us at unsubscribe@sokolovelaw.com and provide your name and address. We will comply with your request as quickly as possible, but apologize for any mail or email that may be sent before your request is processed. All brands are trademarks of their respective companies.

You are receiving this email as someone who has previously contacted us regarding a potential claim. The informat on provided is general information only and should not be taken or relied on as legal, medical, or other advice. Every factual situat on is different; consult an attorney or other appl cable professional before any legal or other decis on. No attorney-client or other professional relat onship is created by providing or using this informat on. Prior results do not guarantee a similar outcome.

If you have already hired or retained a lawyer in connection w th the type of claim mentioned above, please disregard this email. If you do not wish to receive further communications from Sokolove Law, please call us at 1-800-971-7863 or click the "Unsubscribe" link below. We will comply with your request as qu ckly as possible, but apologize for any mail or email that may be sent before your request is processed.

This email was sent by: Sokolove Law
1330 Boylston Street Suite 400, Chestnut Hill, MA, 02467 US

Privacy Policy

**Unsubscribe**

To view this email as a web page, go here.



Dear Craig,

**Could your job decades ago have put you at risk of developing a disease such as asbestos-related lung cancer?** Many people were exposed during their military service and again in civilian careers. In the past, pipefitters, shipyard workers, military personnel, automobile mechanics and many other occupations were exposed. Recent studies have shown asbestos fibers in talc-based powder may cause mesothelioma. Women who regularly used popular brands of talc-based baby powder on themselves or their children may be at risk for asbestos-related diseases.

We have compiled FAQs about asbestos exposure, lung cancer, mesothelioma, and how to take legal action. We urge you to review and then call Sokolove Law to discuss any questions you may have.

It can take decades to develop **mesothelioma or an asbestos-related disease such as lung cancer**. How can you determine if you have been exposed to asbestos and are at risk of developing an asbestos-related disease? Call us today.

Many manufacturers chose to continue using asbestos in products after the dangers were known. In fact, some even hid the dangers from the public. Today, an estimated $30 Billion is available to pay out claims to victims and their families. This compensation usually comes from the companies that manufactured, sold, installed and/or utilized asbestos-containing materials, such as manufacturers, property owners, retailers, distributors and contractors.

**Your family may be entitled to compensation** if you or a loved one are diagnosed with mesothelioma or asbestos-related lung cancer. Please pass this along to your family and friends who may also benefit from this information.

It costs nothing to call us today for a free legal consultation at **800-983-0005**.

Sincerely,

Ricky LeBlanc
Managing Attorney *, Sokolove Law

**To move forward, it is important we speak to you immediately.**

**Time to file a claim is limited, so don't delay.**

Call Us Now 800-983-0005

# RECOGNITION & AFFILIATION

    

   

    

   

This is general information only and should not be taken or relied on as legal or medical advice. Every factual situation is different; consult an attorney or other applicable professional before any legal or other decision. No attorney-client or other professional relationship is created by providing or using this information. Prior results do not guarantee a similar outcome.

Consult your doctor before any medical decision. If you have already hired or retained a lawyer in connection with the type of claim mentioned above, please disregard this email. If you do not wish to receive further communications from Sokolove Law, please call us at 800-971-7863 or email us at unsubscribe@sokolovelaw.com and provide your name and address. We will comply with your request as quickly as possible, but apologize for any mail or email that may be sent before your request is processed. All brands are trademarks of their respective companies.

You are receiving this email as someone who has previously contacted us regarding a potential claim. The informat on provided is general informat on only and should not be taken or relied on as legal, medical, or other advice. Every factual situation is different; consult an attorney or other appl cable professional before any legal or other decis on. No attorney-client or other profess onal relationship is created by providing or using this information. Prior results do not guarantee a similar outcome. Sokolove Law, LLC (LLP in certain states), 1330 Boylston St., Chestnut Hill/MA. *R cky LeBlanc admitted MA only.

If you have already hired or retained a lawyer in connection with the type of claim mentioned above, please disregard this email. If you do not wish to receive further communications from Sokolove Law, please call us at 1-800-971-7863 or click the "Unsubscribe" link below. We will comply with your request as quickly as possible, but apologize for any mail or email that may be sent before your request is processed.

This email was sent by: Sokolove Law
1330 Boylston Street Suite 400, Chestnut Hill, MA, 02467 US

**Privacy Policy**

**Unsubscribe**