IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
SALISBURY DIVISION
Case No. 1:24-CV-00221

| | |
|---|---|
| CRAIG CUNNINGHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALLACE & GRAHAM, P.C., MONA )<br>LISA WALLACE, BILL GRAHAM, )<br>WHITNEY WALLACE WILLIAMS, )<br>MARK P. DOBY, RHINE LAW FIRM, )<br>P.C., JOEL R. RHINE, SOKOLOVE )<br>LAW, LLC, and RICKY A. LEBLANC, )<br>)<br>Defendants. ) | MOTION TO WITHDRAW AS COUNSEL |

Matthew Nis Leerberg, who has appeared as counsel of record for Defendants in this action, hereby moves the Court to allow him to withdraw as counsel of record in this action. Virginia Bell Flynn of Troutman Pepper Hamilton Sanders LLP has also appeared on behalf of Defendants in this action and will remain as counsel of record for all Defendants in this action going forward.

WHEREFORE, Matthew Nis Leerberg respectfully requests that this motion be granted, and that he be permitted to withdraw as counsel of record for all Defendants in this action.

This 14th day of November, 2024.

                                          **FOX ROTHSCHILD LLP**

                                          /s/ Matthew Nis Leerberg
                                          Matthew Nis Leerberg
                                          N.C. Bar No. 35406
                                        mleerberg@foxrothschild.com
                                        434 Fayetteville Street, Suite 2800
                                        Raleigh, NC 27601
                                        Telephone: (919) 755-8700
                                        Facsimile: (919) 755-8800