IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
SALISBURY DIVISION
Case No. 1:24-CV-00221

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WALLACE & GRAHAM, P.C., MONA ) | ORDER GRANTING MOTION TO |
| LISA WALLACE, BILL GRAHAM, ) | WITHDRAW AS COUNSEL |
| WHITNEY WALLACE WILLIAMS, ) | |
| MARK P. DOBY, RHINE LAW FIRM, ) | |
| P.C., JOEL R. RHINE, SOKOLOVE ) | |
| LAW, LLC, and RICKY A. LEBLANC, ) | |
| ) | |
| Defendants. ) | |

This matter came before the Court upon the motion of Matthew Nis Leerberg to withdraw as counsel of record for Defendants Wallace & Graham, P.C. Mona Lisa Wallace, Bill Graham, Whitney Wallace Williams, Mark P. Doby, Rhine Law Firm, P.C., Joel R. Rhine, Sokolove Law, LLC, and Ricky A. LeBlanc in this action.

Good cause having been shown, the Motion is GRANTED, and it is hereby ORDERED that Matthew Nis Leerberg is withdrawn as counsel of record for Defendants Wallace & Graham, P.C. Mona Lisa Wallace, Bill Graham, Whitney Wallace Williams,

Mark P. Doby, Rhine Law Firm, P.C., Joel R. Rhine, Sokolove Law, LLC, and Ricky A. LeBlanc in this action.

SO ORDERED.

This the _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE