# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

Craig Cunningham

      v.                                  Case Number: 1:24CV00221

Wallace & Graham, P.A., et al

# N O T I C E

**Take notice** that a proceeding in this case has been **set**/re**set** as indicated below:

          PLACE:    L. Richardson Preyer Building
                             324 W. Market St., Greensboro, NC
COURTROOM NO.:    1A
 DATE AND TIME:    January 27, 2025 at 9:30 a.m.
     PROCEEDING:    Initial Pretrial Conference

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2) that includes **L.R. 5.4 & 5.5 requirements. If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3), and (L.R. 5.4 & 5.5) they shall appear for the scheduled initial pretrial conference.**

---

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date: December 4, 2024

TO: ALL COUNSEL AND/OR PARTIES OF RECORD