IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CRAIG CUNNINGHAM )<br>)<br>    v. )<br>)<br>WALLACE & GRAHAM, P.C., )<br>MONA LISA WALLACE, BILL )<br>GRAHAM, WHITNEY )<br>WALLACE WILLIAMS, MARK )<br>P. DOBY, RHINE LAW FIRM, )<br>P.C., JOEL R. RHINE, )<br>SOKOLOVE LAW, LLC ) | 1:24-CV-221 |

## **ORDER**

It appearing that the parties have selected, by agreement, RENE STEMPLE TREHY, as mediator in this case, *see* Local Rule 83.9d(a), it is therefore:

ORDERED that RENE STEMPLE TREHY is appointed mediator in the above-entitled action. *See* Local Rule 83.9d(a). The mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties. *See* Local Rule 83.9e(b). When the mediated settlement conference is completed, the mediator shall submit the required report to the Clerk. *See* Local Rule 83.9f.

This the 23rd day of January, 2025.

/s/ Melisa Bond for<br>
LAWRENCE H. CUNNINGHAM<br>
Clerk of Court