IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
SALISBURY DIVISION
Case No: 1:24-CV-00221

**CRAIG CUNNINGHAM,**

*Plaintiff*,

v.

**WALLACE & GRAHAM, P.C., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC,**

*Defendants*.

## PROPOSED ORDER GRANTING
## MOTION TO AMEND ORDER APPOINTING MEDIATOR

AND NOW, this _____ day of _____, 2025, upon consideration of the Plaintiff's Motion to Amend Order Appointing Mediator (ECF No. 20), any responses and replies thereto, and being duly advised of its premises, the Court does hereby ORDER, DECREE, and ADJUDGE:

- The Clerk's Order Appointing Mediator (ECF No. 20) is hereby AMENDED as follows:
    - This case IS / IS NOT referred to mediation under Local Rule 83.9.
    - RENE STEMPLE TREHY is no longer appointed mediator in the above-entitled action.

1

- If this matter is referred to mediation, the parties shall meet and confer regarding a mutually acceptable mediator and file a statement regarding whether or not they have agreed within 21 days of the date of this order.

IT IS SO ORDERED

Date: _____

BY THE COURT:

_____
J.