IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No: 1:24-CV-00221

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>*Plaintiff*,<br><br>v.<br><br>WALLACE & GRAHAM, P.C., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC,<br><br>*Defendants*. | SOKOLOVE LAW'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT |
| SOKOLOVE LAW, LLC,<br><br>*Cross-Plaintiff*,<br><br>v.<br><br>BRENT NILS CUSHMAN and BLAZEN MEDIA, LLC,<br><br>*Third-Party Defendants*. | |

Defendant Sokolove Law, LLC, ("Sokolove Law"), by counsel and pursuant to Fed. R. Civ. P. 14(a), requests leave to file a third-party Complaint against Third-Party Defendants Brent Nils Cushman ("Cushman") and Blazen Media, LLC ("Blazen Media"). As explained more fully in the accompanying Memorandum in Support of its Motion for Leave, Sokolove Law has discovered facts upon which to support the filing of a third-party Complaint and its demands for indemnification have gone unanswered.

WHEREFORE, Sokolove Law hereby requests that its motion be granted and that it be allowed to file a third-party Complaint against Brent Nils Cushman and Blazen Media, LLC.

Respectfully submitted, this 14th day of March, 2025.

**SOKOLOVE LAW, LLC**

By: */s/ Virginia Bell Flynn*
Virginia Bell Flynn (N.C. State Bar No. 59109)
TROUTMAN PEPPER LOCKE LLP
301 South College Street, Suite 3400
Charlotte, North Carolina 28202
Telephone: 704-916-1509
Facsimile: 704-998-4051
Email: virginia.flynn@troutman.com

*Counsel for Defendants*

2

Case 1:24-cv-00221-TDS-LPA   Document 22   Filed 03/14/25   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2025, I electronically filed the foregoing *Motion for Leave to File a Third-Party Complaint* with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: */s/ Virginia Bell Flynn*
Virginia Bell Flynn (N.C. State Bar No. 59109)