IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No: 1:24-CV-00221

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>*Plaintiff*,<br><br>v.<br><br>WALLACE & GRAHAM, P.C., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC,<br><br>*Defendants*. | |
| SOKOLOVE LAW, LLC,<br><br>*Cross-Plaintiff*,<br><br>v.<br><br>BRENT NILS CUSHMAN and BLAZEN MEDIA, LLC,<br><br>*Third-Party Defendants*. | |

### [PROPOSED] ORDER GRANTING SOKOLOVE LAW, LLC'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

THIS CAUSE is before the Court on Defendant Sokolove Law, LLC's Motion for Leave to File a Third-Party Complaint. Having considered the matter, and that good cause exists to grant it, it is hereby

ORDERED and ADJUDGED that Sokolove Law's Motion is GRANTED. Sokolove Law shall file its Third-Party Complaint against Brent Nils Cushman and Blazen Media, LLC within five (5) days of this Order.

ENTERED this ___ day of March, 2025.

_____
THE HONORABLE THOMAS D. SCHROEDER
UNITED STATES DISTRICT JUDGE