IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No: 1:24-CV-00221

CRAIG CUNNINGHAM,

    *Plaintiff*,

v.

WALLACE & GRAHAM, P.C., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC,

    *Defendants*.

SOKOLOVE LAW, LLC,

    *Cross-Plaintiff*,

v.

BRENT NILS CUSHMAN and BLAZEN MEDIA, LLC,

    *Third-Party Defendants*.

## CERTIFICATE OF WORD COUNT

As required by Local Rule 7.3(d)(1), I hereby certify that the Memorandum in Support of Defendant Sokolove Law, LLC's Motion for Leave to File a Third-Party Complaint contains 1,147 words, excluding the parts of the document that are exempted by the Rule. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, this 17th day of March, 2025.

**SOKOLOVE LAW, LLC**

By: */s/ Virginia Bell Flynn*
Virginia Bell Flynn (N.C. State Bar No. 59109)
TROUTMAN PEPPER LOCKE LLP
301 South College Street, Suite 3400
Charlotte, North Carolina 28202
Telephone: 704-916-1509
Facsimile: 704-998-4051
Email: virginia.flynn@troutman.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2025, I electronically filed the foregoing *Certificate of Word Count* with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: */s/ Virginia Bell Flynn*
Virginia Bell Flynn (N.C. State Bar No. 59109)