IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No: 1:24-CV-00221

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>*Plaintiff*,<br><br>v.<br><br>WALLACE & GRAHAM, P.C., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC,<br><br>*Defendants*. | |
| SOKOLOVE LAW, LLC,<br><br>*Cross-Plaintiff*,<br><br>v.<br><br>BRENT NILS CUSHMAN and BLAZEN MEDIA, LLC,<br><br>*Third-Party Defendants*. | |

## [PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED RESOLUTION OF DISCOVERY DISPUTE

THIS CAUSE is before the Court on Defendants' Motion for Expedited Resolution of Discovery Dispute pursuant to Local Civil Rule 37.1(b). Having considered the matter, and that good cause exists to grant it, it is hereby:

ORDERED AND ADJUDGED that Defendants' Motion is GRANTED. Counsel for the Parties will provide their availability for a discovery conference within five (5) days of this Order.

ENTERED this ___ day of April, 2025.

_____
THE HONORABLE L. PATRICK AULD
UNITED STATES MAGISTRATE JUDGE