# EXHIBIT C

Troutman Pepper Locke LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202

troutman.com



**Virginia B. Flynn**
D 704.916.1509
F 704.998.4051
virginia.flynn@troutman.com

January 10, 2025

**VIA FEDERAL EXPRESS DELIVERY**

Blazen Media LLC
Attn: Brent N. Cushman
1804 Garnet Ave., Suite 727
San Diego, CA 92109

Blazen Media LLC
c/o Registered Agent LegalZoom, Inc.
Attn:    Joyce Yi
         Sandra Menjivar
         Jesse Camarena
         Arielle Devay
500 N Brand Blvd.
Glendale, CA 91203

Blazen Media LLC
Attn: Brent N. Cushman
4352 Pine Ridge Parkway NE
Apt. 202
Grand Rapids, MI 49525-1959

    **Re:**    ***Cunningham v. Sokolove Law, et al.*** **(M.D.N.C.)**
           **Second Demand for Indemnification**

Dear Mr. Cushman:

      This letter serves as a follow up to our correspondence of November 22, 2024 notifying you of Sokolove Law, LLC's ("Sokolove Law") formal demand for indemnification in the above-referenced matter. The Sokolove Law, LLC PI Standard Terms and Conditions ("Terms and Conditions") unequivocally require that you fully indemnify and hold harmless Sokolove in the above matter.

      **If we do not receive confirmation that you will defend and indemnify Sokolove in this matter by January 17, 2025, Sokolove will file a cross-claim or initiate other legal action to enforce its rights under the Terms and Conditions, including recovery of all fees and costs that have accrued and continue to accrue.**



___

      As I am sure you understand, additional correspondence or refusals to honor your obligations under the Terms and Conditions will only serve to increase the costs and expenses already incurred by Sokolove in this matter, for which you are responsible.

      We look forward to hearing from you.

      Sincerely,

      Virginia Bell Flynn

cc:    Chad R. Fuller, Esquire
       Brooke K. Conkle, Esquire