**From:** Flynn, Virginia Bell <Virginia.Flynn@troutman.com>
**Sent:** Monday, March 3, 2025 12:38 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>; Fuller, Chad <Chad.Fuller@troutman.com>
**Subject:** Re: Cunninghmam v. Sokolove -- Third Party Complaint/Mediation

We had a good call with the client. They seem comfortable with scheduling a mediation the day before the depo. We are encouraging them to file the TPC asap. Will report back. The 12th is off but we need to get it scheduled soon.

## Virginia Bell Flynn

**Partner**
**troutman pepper locke**
Direct: 704.916.1509 | Mobile: 843.847.9766
virginia.flynn@troutman.com