## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Case No: 1:24-CV-00221

CRAIG CUNNINGHAM,

       *Plaintiff,*

   **v.**

WALLACE & GRAHAM, P.C.,
MONA LISA WALLACE, BILL
GRAHAM, WHITNEY WALLACE
WILLIAMS, MARK P. DOBY,
RHINE LAW FIRM, P.C., JOEL R.
RHINE, SOKOLOVE LAW, LLC,

       *Defendants.*

---

SOKOLOVE LAW, LLC,

       *Cross-Plaintiff,*

   **v.**

BRENT NILS CUSHMAN and
BLAZEN MEDIA, LLC,

       *Third-Party Defendants.*

---

### NOTICE OF SPECIAL APPEARANCE OF CHAD R. FULLER

PLEASE TAKE NOTICE that Chad R. Fuller of the law firm Troutman Pepper

Locke LLP hereby enters a special appearance on behalf of Defendant Sokolove Law, LLC

pursuant to Local Civil Rule 83.1(d), and hereby requests that all notices be given or

required to be given and all papers served or required to be served in this case be given to

and served on the undersigned at the address set forth below. Mr. Fuller is a member in

good standing of the United States District Court for the Eastern District of California,

Northern District of California, Central District of California, and Southern District of California, among others. Mr. Fuller will be appearing in association with Virginia Bell Fynn, a member in good standing of the North Carolina State Bar and the Bar of this Court.

DATED: April 22, 2025

**WALLACE & GRAHAM, P.C,**
**MONA LISA WALLACE, BILL GRAHAM,**
**WHITNEY WALLACE WILLIAMS,**
**MARK P. DOBY, RHINE LAW FIRM, P.C.,**
**JOEL R. RHINE, and SOKOLOVE LAW,**
**LLC**

By: */s/ Chad R. Fuller*
Chad R. Fuller (CASB No. 190830)
TROUTMAN PEPPER LOCKE LLP
11682 El Camino Real, Suite 400
San Diego, California 91230
Telephone: (858) 509-6000
Facsimile: (858) 509-6040
Email: Chad.Fuller@troutman.com

Virginia Bell Flynn (N.C. State Bar No. 59109)
TROUTMAN PEPPER LOCKE LLP
301 South College Street, Suite 3400
Charlotte, North Carolina 28202
Telephone: 704-916-1509
Facsimile: 704-998-4051
Email: Virginia.Flynn@troutman.com

*Counsel for Defendants*

311031996