IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No: 1:24-CV-00221

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br><br>*Plaintiff*,<br><br>v.<br><br>**WALLACE & GRAHAM, P.C., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC,**<br><br>*Defendants*. | |
| **SOKOLOVE LAW, LLC,**<br><br>*Cross-Plaintiff*,<br><br>v.<br><br>**BRENT NILS CUSHMAN and BLAZEN MEDIA, LLC,**<br><br>*Third-Party Defendants*. | |

### NOTICE OF SPECIAL APPEARANCE OF BROOKE K. CONKLE

PLEASE TAKE NOTICE that Brooke K. Conkle of the law firm Troutman Pepper Locke LLP hereby enters a special appearance on behalf of Defendants Wallace & Graham, P.C., Mona Lisa Wallace, Bill Graham, Whitney Wallace Williams, Mark P. Doby, Rhine Law Firm, P.C., Joel R. Rhine, and Sokolove Law, LLC pursuant to Local Civil Rule 83.1(d), and hereby requests that all notices be given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at

the address set forth below. Ms. Conkle is a member in good standing of the Supreme Court of Virginia, Eastern District of Virginia, Western District of Virginia, Fourth Circuit Court of Appeals, and Eastern District of Michigan. Ms. Conkle will be appearing in association with Virginia Bell Fynn, a member in good standing of the North Carolina State Bar and the Bar of this Court.

DATED: April __, 2025

**WALLACE & GRAHAM, P.C,**
**MONA LISA WALLACE, BILL GRAHAM,**
**WHITNEY WALLACE WILLIAMS,**
**MARK P. DOBY, RHINE LAW FIRM, P.C.,**
**JOEL R. RHINE, and SOKOLOVE LAW,**
**LLC,**

By: */s/ Brooke K. Conkle*
Brooke K. Conkle (VSB No. 87413)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: 804-697-1873
Facsimile: 804-697-1339
Email: Brooke.Conkle@troutman.com

Virginia Bell Flynn (N.C. State Bar No. 59109)
TROUTMAN PEPPER LOCKE LLP
301 South College Street, Suite 3400
Charlotte, North Carolina 28202
Telephone: 704-916-1509
Facsimile: 704-998-4051
Email: Virginia.Flynn@troutman.com

*Counsel for Defendants*