IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No: 1:24-CV-00221

CRAIG CUNNINGHAM,

    *Plaintiff*,

v.

WALLACE & GRAHAM, P.C., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC,

    *Defendants*.

SOKOLOVE LAW, LLC,

    *Cross-Plaintiff*,

v.

BRENT NILS CUSHMAN and BLAZEN MEDIA, LLC,

    *Third-Party Defendants*.

## [PROPOSED] ORDER GRANTING SOKOLOVE LAW, LLC'S MOTION TO COMPEL

THIS CAUSE is before the Court on Defendant Sokolove Law, LLC's Motion to Compel. Having considered the matter, and that good cause exists to grant it, it is hereby ORDERED and ADJUDGED that Sokolove Law's Motion is GRANTED. Plaintiff Craig Cunningham shall provide responses to Sokolove Law's Requests for Admission 5, 14, 15,

19, 20, 21, 22, 24, and 25 on or before _____. Sokolove Law shall provide an accounting of its fees and costs incurred in this Motion on or before _____.

ENTERED this \_\_\_ day of May, 2025.

_____
THE HONORABLE L. PATRICK AULD
UNITED STATES MAGISTRATE JUDGE