# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# SALISBURY DIVISION
# No. 1:24-cv-00221-TDS-LPA

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>　　　　Plaintiff,<br>v.<br><br>WALLACE & GRAHAM, P.A., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC, AND RICKY A. LEBLANC<br><br>　　　　Defendants. | **UNOPPOSED MOTION TO CONTINUE PRETRIAL STATUS CONFERENCE** |

　　Plaintiff Craig Cunningham, by and through the undersigned counsel, respectfully requests that the Court continue the Pretrial Conference in this matter, currently set for 3:00 PM on May 14, to the afternoon of May 16, which is a date which will work for all parties and their local counsel. As reason and good cause for the continuance, Counsel for Plaintiff is currently set for two oral appellate arguments before the Superior Court of Pennsylvania on May 14. Counsel for Plaintiff has conferred with counsel for the Defendants, and they represent that they have no objection to moving the Pretrial Conference to May 16.

RESPECTFULLY SUBMITTED AND DATED this May 5, 2025

　　　　　　　　　　　　　　*/s/ Andrew Roman Perrong*
　　　　　　　　　　　　　　Andrew Roman Perrong, Esq.
　　　　　　　　　　　　　　*Pro Hac Vice*
　　　　　　　　　　　　　　Perrong Law LLC
　　　　　　　　　　　　　　2657 Mount Carmel Avenue
　　　　　　　　　　　　　　Glenside, Pennsylvania 19038
　　　　　　　　　　　　　　Phone: 215-225-5529 (CALL-LAW)
　　　　　　　　　　　　　　Facsimile: 888-329-0305
　　　　　　　　　　　　　　a@perronglaw.com

*/s/ Ryan P. Duffy*
Ryan P. Duffy, Esq.
The Law Office of Ryan P. Duffy PLLC
1213 W. Morehead Street, Suite 500, Unit 450
Charlotte, NC 28208
Phone: 704-741-9399
Fax: 980-218-0855
ryan@ryanpduffy.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, a copy of the foregoing was served electronically on counsel for the Defendants via CM/ECF

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
*Pro Hac Vice*
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*/s/ Ryan P. Duffy*
Ryan P. Duffy, Esq.
The Law Office of Ryan P. Duffy PLLC
1213 W. Morehead Street, Suite 500, Unit 450
Charlotte, NC 28208
Phone: 704-741-9399
Fax: 980-218-0855
ryan@ryanpduffy.com

*Attorneys for Plaintiff*