IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
SALISBURY DIVISION
No. 24-cv-221

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>    Plaintiff,<br>v.<br><br>WALLACE & GRAHAM, P.A., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC, AND RICKY A. LEBLANC<br><br>    Defendants. | **MOTION TO CANCEL CONFERENCE** |

**MOTION TO CANCEL CONFERENCE**

The parties having reached a resolution in this matter, Plaintiff respectfully requests and moves that the Court cancel the Friday, May 16, 2025 Conference in this matter.

RESPECTFULLY SUBMITTED AND DATED this May 13, 2025

                                                */s/ Andrew Roman Perrong*
                                                Andrew Roman Perrong, Esq.
                                                *Pro Hac Vice*
                                                Perrong Law LLC
                                                2657 Mount Carmel Avenue
                                                Glenside, Pennsylvania 19038
                                                Phone: 215-225-5529 (CALL-LAW)
                                                Facsimile: 888-329-0305
                                                a@perronglaw.com

/s/ Ryan P. Duffy
Ryan P. Duffy, Esq.
The Law Office of Ryan P. Duffy PLLC
1213 W. Morehead Street, Suite 500, Unit 450
Charlotte, NC 28208
Phone: 704-741-9399
Fax: 980-218-0855
ryan@ryanpduffy.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, a copy of the foregoing was served electronically on counsel for the Defendants via CM/ECF

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
*Pro Hac Vice*
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

/s/ Ryan P. Duffy
Ryan P. Duffy, Esq.
The Law Office of Ryan P. Duffy PLLC
1213 W. Morehead Street, Suite 500, Unit 450
Charlotte, NC 28208
Phone: 704-741-9399
Fax: 980-218-0855
ryan@ryanpduffy.com

*Attorneys for Plaintiff*