# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## Case No: 1:24-CV-00221

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>*Plaintiff*,<br><br>v.<br><br>WALLACE & GRAHAM, P.C., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC,<br><br>*Defendants*. | DEFENDANT WALLACE & GRAHAM, P.C., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, and SOKOLOVE LAW, LLC'S RESPONSE TO PLAINTIFF'S MOTION TO CANCEL CONFERENCE |
| SOKOLOVE LAW, LLC,<br><br>*Cross-Plaintiff*,<br><br>v.<br><br>BRENT NILS CUSHMAN and BLAZEN MEDIA, LLC,<br><br>*Third-Party Defendants*. | |

Defendants Wallace & Graham, P.C., Mona Lisa Wallace, Bill Graham, Whitney Wallace Williams, Mark P. Doby, Rhine Law Firm, P.C., Joel R. Rhine, and Sokolove Law, LLC (collectively, "Defendants"), respectfully submit their Response to Plaintiff Craig Cunningham's ("Plaintiff") "Motion to Cancel Settlement Conference" (ECF No. 37), and states as follows:

1. Plaintiff and Defendants have an agreed-upon, binding resolution in this matter.

2. The parties have circulated a settlement agreement, which as been signed by Plaintiff and is currently being signed by Defendants.

3. As all matters between the parties have been resolved, Defendants concur with Plaintiff's request to cancel the hearing set for Friday May 16, 2025.

DATED: May 15, 2025

**WALLACE & GRAHAM, P.C., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, and SOKOLOVE LAW, LLC**

By: */s/ Virginia Bell Flynn*
Virginia Bell Flynn (N.C. State Bar No. 59109)
TROUTMAN PEPPER LOCKE LLP
301 South College Street, Suite 3400
Charlotte, North Carolina 28202
Telephone: 704-916-1509
Facsimile: 704-998-4051
Email: Virginia.Flynn@troutman.com

*Counsel for Defendants*

2

Case 1:24-cv-00221-TDS-LPA    Document 38    Filed 05/15/25    Page 2 of 4

## **CERTIFICATE OF WORD COUNT**

I hereby certify that the word count of this brief does not exceed 6,250 words.

By: */s/ Virginia Bell Flynn*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2025, I electronically filed the foregoing *Response to Plaintiff's Motion to Cancel Conference* with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: <u>*/s/ Virginia Bell Flynn*</u>
Virginia Bell Flynn