IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
SALISBURY DIVISION
No. 24-cv-221

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>WALLACE & GRAHAM, P.A., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC, AND RICKY A. LEBLANC,<br><br>Defendants. | **STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE** |

**STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE**

The parties hereby stipulate to dismiss these proceedings with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

RESPECTFULLY SUBMITTED AND DATED this June 5, 2025

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
*Pro Hac Vice*
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

/s/ *Ryan P. Duffy*
Ryan P. Duffy, Esq.
The Law Office of Ryan P. Duffy PLLC
1213 W. Morehead Street, Suite 500, Unit 450
Charlotte, NC 28208
Phone: 704-741-9399
Fax: 980-218-0855
ryan@ryanpduffy.com

*Attorneys for Plaintiff*


By: */s/ Virginia Bell Flynn*
Virginia Bell Flynn (N.C. State Bar No. 59109)
TROUTMAN PEPPER LOCKE LLP
301 South College Street, Suite 3400
Charlotte, North Carolina 28202
Telephone: 704-916-1509
Facsimile: 704-998-4051
Email: Virginia.Flynn@troutman.com

*Counsel for Defendants*

2

# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, a copy of the foregoing was served electronically on counsel for the Defendants via CM/ECF

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
*Pro Hac Vice*
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*/s/ Ryan P. Duffy*
Ryan P. Duffy, Esq.
The Law Office of Ryan P. Duffy PLLC
1213 W. Morehead Street, Suite 500, Unit 450
Charlotte, NC 28208
Phone: 704-741-9399
Fax: 980-218-0855
ryan@ryanpduffy.com

*Attorneys for Plaintiff*