IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No: 1:24-CV-00221

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br><br>*Plaintiff*,<br><br>v.<br><br>**WALLACE & GRAHAM, P.C., MONA LISA WALLACE, BILL GRAHAM, WHITNEY WALLACE WILLIAMS, MARK P. DOBY, RHINE LAW FIRM, P.C., JOEL R. RHINE, SOKOLOVE LAW, LLC,**<br><br>*Defendants*. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| **SOKOLOVE LAW, LLC,**<br><br>*Third-Party Plaintiff*,<br><br>v.<br><br>**BRENT NILS CUSHMAN and BLAZEN MEDIA, LLC,**<br><br>*Third-Party Defendants*. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Third-Party Plaintiff Sokolove Law, LLC, and its counsel hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Brent Nils Cushman and Blazen Media, LLC, who have neither filed an answer nor a motion for summary judgment.

Respectfully submitted, this 20th day of June, 2025.

        **SOKOLOVE LAW, LLC**

        By: */s/ Virginia Bell Flynn*
        Virginia Bell Flynn (N.C. State Bar No. 59109)
        TROUTMAN PEPPER LOCKE LLP
        301 South College Street, Suite 3400
        Charlotte, North Carolina 28202
        Telephone: 704-916-1509
        Facsimile: 704-998-4051
        Email: virginia.flynn@troutman.com

        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record. I further certify that a copy of this document has been sent via Federal Express to the following addresses:

Blazen Media LLC
c/o LegalZoom, Inc., Registered Agent
500 N. Brand Boulevard
Glendale, CA 91203

Brent Nils Cushman
4352 Pine Ridge Parkway, N.E.
Apt. 202
Grand Rapids, MI 49525-1959

                                                                 */s/ Virginia Bell Flynn*